■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARLIN DENNIS, Relator, v. JOHN F. McNEILL, as Superintendent of Matteawan State Hospital, Respondent.— Application for a writ of habeas corpus denied, on the ground that the application fails to comply with section 1234 of the Civil Practice Act. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS G. QUINONES, Appellant, v. FRANCIS O'NEILL, as Senior Director of Central Islip State Hospital, Respondent.— Motion by appellant for reargument of his motion for assignment of counsel to prosecute appeal. Motion denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED TURNER, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM WOSNIK, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— [In each action] Motion by appellant for leave to appeal as a poor person and for assignment of counsel, denied. The papers submitted on this motion show no merit in the appeal. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ SCHOOL OF MUSIC OF THE BROOKLYN FREE MUSICAL SOCIETY, INC., Respondent, v. FRED G. MORITT, Appellant.— Pursuant to stipulation, the motion by respondent to dismiss the appeal is withdrawn and the appeal is discontinued, without costs. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ ARTHUR SHACTMAN et al., Individually and as Copartners, Appellants, v. MASTERS-LAKE SUCCESS, INC., et al., Respondents.— Motion by appellants to dispense with printing of exhibit, consisting of a lease and maps, granted on condition that the originals and five copies, comparable in legibility to the sample copy annexed to the reply affidavit be handed up on the argument or submission of the appeal, and that one such copy be served on respondents together with the appeal record. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.